UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WOODROW,<br><br>                                Plaintiff,<br><br>v.<br><br>JOHN KURTZ, et al.,<br><br>                                Defendants. | Case No.:  3:21-cv-1236-L-KSC<br><br><br>**ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (ECF 2)** |

Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis ("IFP"). For the reasons stated below, the Court **DENIES** the IFP motion.

Every party instituting a civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee. 28 U.S.C. §1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

Plaintiff receives $1,064 per month from government programs. (ECF 2). He has no other income. *Id*. His expenses each month are about $1,060. *Id*. But he has $4,500 in a savings account and $420 in a checking account. *Id*. Given that, Plaintiff has not shown he is unable to pay the civil filing fee. The Court therefore **DENIES** his motion without prejudice.

///

///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff has until **August 18, 2021** to either pay the filing fee or resubmit his motion showing why he is unable to pay it. Failure to comply with this Order will result in a dismissal without prejudice.

*IT IS SO ORDERED*.

Dated:  August 4, 2021

Hon. M. James Lorenz
United States District Judge

2

3:21-cv-1236-L-KSC